# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>ADREES MAYAR MOSLEMPOOR, et al.,<br><br>            Defendants. | Case No.  1:22-cv-00996-JLT-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 12) |

On September 27, 2022, Plaintiff and Defendant Genesis Family Enterprises, Inc. filed a stipulated request to extend the deadline for Defendant Genesis Family Enterprises, Inc. to respond to the first amended complaint, up to and including October 5, 2022.  (ECF No. 12.) The Court notes the parties purported to file the stipulation pursuant to Local Rule 144(a), which permits "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint, cross-claim or counterclaim, … without approval of the Court…."  E.D. Cal. L.R. 144(a).  However, the Court notes the instant stipulation pertains to extending the deadline to respond to the *first amended complaint*, which is not expressly provided for by Rule 144.  Nor is the instant stipulation an "initial stipulation," as the parties previously stipulated to extend time to respond to the original complaint pursuant to Rule 144 on September 2, 2022.  (See ECF No. 8.)  Thus, the instant stipulation requires Court approval and shall therefore be construed as a stipulated request for an extension of time.

Because the parties, mistakenly, proffered the stipulation under Rule 144, the Court notes no other "good cause" for the request is proffered by the parties.  Nonetheless, in light of the brief nature of the extension, the Court shall in its discretion grant the instant request.  The parties are advised, however, that any further requests for extensions in this case must be

1

accompanied by a showing of good cause to warrant the requested relief.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant Genesis Family Enterprises, Inc. to file a response to the complaint is extended to **October 5, 2022**.

IT IS SO ORDERED.

Dated:   **September 28, 2022**

UNITED STATES MAGISTRATE JUDGE