# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>ADREES MAYAR MOSLEMPOOR, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00996-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14)<br><br>**DEADLINE: OCTOBER 31, 2022** |

This action was filed on August 9, 2022. (ECF No. 1.) On September 29, 2022, Plaintiff filed a notice of settlement of the entire action. (ECF No. 14.) Plaintiff requests an extension of the deadline to file dispositional documents up to and including October 31, 2022.

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Plaintiff requests additional time to file the dispositional documents, but provides very little in the way of a good cause showing. At most, Plaintiff requests an extension until October 31 to file the dispositional documents "in order to afford the Parties time to complete the settlement." (See ECF No. 14.) Nonetheless, the Court shall permit the limited extension requested to file dispositional documents. The parties are advised, however, that no further extensions of time shall be granted absent a strong showing of good cause. Further, the parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **October 31, 2022**.

IT IS SO ORDERED.

Dated: **September 30, 2022**

_____
UNITED STATES MAGISTRATE JUDGE